UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRANCK MULLER USA, INC.,

             Plaintiff,

        -against-

DELMAS INC.; AVIANNE'S WATCHES;
INTERNATIONAL WATCH EXCHANGE, INC.;
MOTION IN TIME; TIME TO TELL, INC.; YAEGER
WATCH CORP.; FRANK SIEGEL; VIS JEWELERS;
JOHN DOES 1-50; and XYZ CORPORATIONS 1-50,

             Defendants.
------------------------------------------------------------X

Index No. 05CV5165 (RMB)(JCF)

**REQUEST FOR**
**EXTENSION OF TIME**

*MEMO ENDORSED*

       IT IS HEREBY AGREED AND CONSENTED by and between the undersigned that:

       Defendant Yaeger Watch Corp., and Frank Siegel's time to answer, move or otherwise respond to Plaintiff's Complaint herein dated June 1, 2005 be extended from June 21, 2005 to June 29, 2005.

No previous extension of time has been requested. A facsimile signature on this stipulation shall be deemed to be an original signature for purposes of this Request.

Dated: New York, New York
       June 22, 2005

PIETRO GOLDSTEIN KOGAN
& MILLER, LLP

By: _____
    Dennis H. Cavanaugh (DC3146)
Attorneys for Plaintiff
10 East 53rd Street
New York, New York 10022
(212) 478-8500

KAGAN LUBIC LEPPER
LEWIS GOLD & COLBERT, LLP

By: _____
    Denise M. Campbell (DC3217)
Attorneys for Defendant Yaeger Watch Corp.
and Frank Siegel
200 Madison Avenue, 24th Floor
New York, New York 10016
(212) 252-0300

SO ORDERED: RMB

_____
U.S.D.J.    7/1/05

*Richard M. Berman*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/05