06/30/2005 10:39  12127797295                KAGAN LUBIC LEPPER              PAGE 04/04
06/29/2005 17:48 FAX 2127598109      PILIERO GOLDSTEIN KOGAN                 ☒002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRANCK MULLER USA, INC.,

          Plaintiff,

-against-

DELMAS INC.; AVIANNE'S WATCHES;
INTERNATIONAL WATCH EXCHANGE, INC.;
MOTION IN TIME; TIME TO TELL, INC.; YAEGER
WATCH CORP.; FRANK SIEGEL; VIS JEWELERS;
JOHN DOES 1-50; and XYZ CORPORATIONS 1-50,

          Defendants.
------------------------------------------------------------X

Index No. 05CV5165 (RMB)(JCF)

**REQUEST FOR
EXTENSION OF TIME**

      IT IS HEREBY AGREED AND CONSENTED by and between the undersigned that:

      Defendant Yaeger Watch Corp., and Frank Siegel's time to answer, move or otherwise respond to Plaintiff's Complaint herein dated June 1, 2005 be extended from June 29, 2005 to July 8, 2005. One previous extension of time was been requested. This second extension has been requested because the parties are participating in settlement negotiations. A facsimile signature on this stipulation shall be deemed to be an original signature for purposes of this Request.

Dated: New York, New York
       June 22, 2005

PILIERO GOLDSTEIN KOGAN
& MILLER, LLP

By: _____
    Dennis H. Cavanaugh (DC3146)
Attorneys for Plaintiff
10 East 53rd Street
New York, New York 10022
(212) 478-8500

KAGAN LUBIC LEPPER
LEWIS GOLD & COLBERT, LLP

By: _____
    Denise M. Campbell (DC3217)
Attorneys for Defendant Yaeger Watch Corp.
and Frank Siegel
200 Madison Avenue, 24th Floor
New York, New York 10016
(212) 252-0300

SO ORDERED: RMB
_____
U.S.D.J.   7/1/05
STIPOF-1.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/05